# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 7, 2010

138883 & (51)(56)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WILLIE LEON JACKSON,
      Defendant-Appellant.

SC: 138883
COA: 281681
Saginaw CC: 07-028787-FH

_____/

      By order of December 9, 2009, the prosecuting attorney was directed to answer the application for leave to appeal the April 14, 2009 judgment of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to hold the application in abeyance is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 7, 2010

s0331

Clerk